IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

YODER & FREY AUCTIONEERS, INC., *et al.*

                Plaintiffs,        Case Nos.   3:10 CV 1590
-vs-                                                                                                                                                                                              & 3:11 CV 2290

EQUIPMENTFACTS, LLC,                              <u>VERDICT 1</u>

                Defendant.

## First Claim

We, the jury, duly impaneled and sworn, find in favor of the plaintiffs on their Computer Fraud and Abuse Act claim against defendant EquipmentFacts, LLC and award compensatory damages of:

    *   <u>ZERO DOLLARS</u>  ($  0  ) to
plaintiff Yoder & Frey Auctioneers, Inc.

and/or *<u>FORTY THOUSAND EIGHT HUNDRED SEVENTY-FIVE DOLLARS</u>($ 40,875.00 ) to
plaintiff RealTimeBid.com, LLC;

## Second Claim

We, the jury, duly impaneled and sworn, find in favor of the plaintiffs on their fraud claim against defendant EquipmentFacts, LLC and award compensatory damages of:

    *   <u>ZERO DOLLARS</u>  ($  0  ) to
plaintiff Yoder & Frey Auctioneers, Inc.

and/or *   <u>ZERO DOLLARS</u>  ($  0  ) to
plaintiff RealTimeBid.com, LLC;

We further find that the plaintiffs

        **ARE**                (**ARE NOT**)        (circle one)

entitled to an award of punitive damages.

### Third Claim

We, the jury, duly impaneled and sworn, find in favor of the plaintiffs on their trespass to chattels claim against defendant EquipmentFacts, LLC and award compensatory damages of:

* __ZERO DOLLARS__ ($ 0 ) to plaintiff Yoder & Frey Auctioneers, Inc.

and/or * __ZERO DOLLARS__ ($ 0 ) to plaintiff RealTimeBid.com, LLC;

### Fourth Claim

We, the jury, duly impaneled and sworn, find in favor of the plaintiffs on their breach of contract claim against defendant EquipmentFacts, LLC and award compensatory damages of:

* __ONE HUNDRED THIRTEEN THOUSAND TWO HUNDRED EIGHTY-NINE__ ($ 113,289.15 ) to plaintiff Yoder & Frey Auctioneers, Inc.

and/or * __TWENTY THREE THOUSAND ONE HUNDRED FORTY DOLLARS__ ($ 23,140.70 ) to plaintiff RealTimeBid.com, LLC;

3