**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| Yoder & Frey Auctioneers, Inc. and RealTimeBid.Com, LLC, | ) Case No.: 3:10-cv-01590; 3:11-cv-02290 ) (consolidated) |
| Plaintiffs, | ) **JUDGMENT ENTRY** ) |
| v. | ) Judge David A. Katz ) |
| Equipmentfacts, LLC, | ) |
| Defendant/Counterclaim Plaintiff, | ) |
| v. | ) ) |
| Yoder & Frey Auctioneers, Inc., RealTimeBid.Com., LLC, Justin Clark, Peter Clark, John Sokolowski, Sr., and Dante Pletcher, | ) ) ) |
| Counterclaim Defendants. | ) |

The jury returned verdicts on all claims and counterclaims in this matter on August 30, 2013. (Docs. 125 & 126 in Case No. 3:10-cv-01590; Docs. 50 & 51 in Case No. 3:11-cv-2290).

In accordance with the jury verdicts, judgment is hereby entered in favor of Yoder & Frey Auctioneers, Inc. and against Equipmentfacts, LLC in the amount of $113,289.15, and

Judgment is entered in favor of RealTimeBid.Com, LLC and against Equipmentfacts, LLC in the amount of $64,015.70, and

Judgment is entered in favor of Yoder & Frey Auctioneers, Inc., RealTimeBid.Com, LLC, Justin Clark, Peter Clark, and Dante Pletcher on all of the claims brought against them by Equipmentfacts, LLC in the Counterclaim, dismissing those claims.

Costs are to be assessed against Equipmentfacts, LLC in accordance with Federal Civil Rule 54(d)(1).

IT IS SO ORDERED.

*s/ David A. Katz*
Judge David A. Katz