# ROBISON, CURPHEY & O'CONNELL, LLC

NINTH FLOOR
FOUR SEAGATE
TOLEDO, OHIO 43604

Tel. (419) 249-7900
Fax (419) 249-7911

Federal Tax I.D.: 34-4437851

Yoder & Frey Auctioneers, Inc.
Attn: Dante Pletcher
1670 Commerce Road
Holland, OH 43528

July 17, 2012
INVOICE NO. 254239
Page 1

For Legal Services Rendered Through 06/30/12

CLIENT:    02920 - Yoder & Frey Auctioneers, Inc

Matter:    21620
        Yoder & Frey v Equipment Facts, Inc.

## PROFESSIONAL SERVICES

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/18/12 | BLS | Secure flight options for Attorney Stuckey travel to Newark. | 0.40 | 74.00 |
| 06/18/12 | DWS | Prepare email to Attorney Martin regarding deposition of Ms. Green. | 0.30 | 94.50 |
| 06/18/12 | DWS | Prepare for depositions of Green and Marvogeanes. | 0.50 | 157.50 |
| 06/19/12 | BLS | Secure flight, hotel, car rental for Attorney Stuckey travel to Newark. | 0.50 | 92.50 |
| 06/19/12 | DWS | Prepare Notice to Take Deposition of Ms. Green. | 0.30 | 94.50 |
| 06/21/12 | DWS | Telephone conference Mr. Pletcher and Mr. Clark regarding depositions of Marvogeanes and Green. | 1.00 | 315.00 |
| 06/25/12 | DWS | Prepare for depositions. | 2.00 | 630.00 |
| 06/25/12 | TAG | Email from Justin re suggested questions for deposition; review same; intraoffice conference (Gibson/Stuckey) re same. | 0.60 | 177.00 |

EXHIBIT 3

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/28/12 | DWS | Prepare for deposition of Mrs. Green; travel from Connecticut to New Jersey. | 5.50 | 1,732.50 |
| 06/29/12 | DWS | Conduct deposition of Mrs. Green in Flemington, Jew Jersey; travel from New Jersey to Ohio. | 10.50 | 3,307.50 |

COSTS ADVANCED

| 06/29/12 | Out-of-town travel JZ0921-Travel to Newark, NJ for depositions. | | | 869.08 |
|------|------|------|------|------|
| 06/29/12 | Meals JZ0921-Meal while traveling in Newark, NJ for depositions. | | | 138.49 |

# 2012 TRAVEL EXPENSE SUMMARY

**Name:** dws                          **Date Prepared:** 7-2-12

**Date(s) Expenses Incurred:** 6/27-29/12

---

## Travel

**CLE Credits** ☐ Yes
☒ No

**Purpose of Travel:** deps
**From:** perrysburg                          **To:** detroit-newark nj
Auto Mileage (less personal):110.00   ( at 55.5¢ per mile=)                **$61.05**
Air Fare:_____                          Parking & Tolls: $60.00+ 11.61
Lodging:$403.64                          Tips: _____
Cab & Local: _____                          Car Rental $332.78
Telephone: _____                          Other: _____

**TOTAL TRAVEL EXPENSES**          **(A)**   ~~$857.47~~ 869.08

---

## Meals

**Nature of function:** _____
**Who Entertained:** _____
                                                                    **138.49**
☐ **Benefit of Members**        ☐ **Client Related**
☐ **Benefit of Employees**      ☐ **Other** _____   **(B)**

---

## Seminar and Other Expenses

**Registration Fees:** _____
**Location:** _____
**Reason/Subject:** _____
**Other Expense Amount:**_____
**Description of Expenses:** _____

**TOTAL SEMINAR AND OTHER EXPENSES:**          **(C)**   **$0.00**

---

**TOTAL  (A+B+C)**                          ~~$995.96~~

  **LESS TRAVEL ADVANCE**                          **$0.00**

  **GRAND TOTAL  (Total minus Advance)**          ~~$995.96~~ 1007.57

Attach all receipts and other substantiation for all above expenses.  All expense
item in excess of $25.00 must be substantiated by a receipt

---

**Charge to**   ☐ Office Expense
              ☐ Meetings & Conventions
              ☐ Recruiting
              ☒ Matter Name & No. # yoder & frey- equipmentfacts   21620

AREAS USA EWR, LLC.
Champp's
Newark Liberty Int'l Airport
305-267-8510
CHECK:    3542
TABLE:    30/1
SERVER:   8355 SAMANTHA
DATE:     29JUN'12  2:44PM
CARD TYPE: MASTERCARD
ACCT #:   XXXXXXXXXXXXX5186
AUTH CODE: 02719Z
DAVID W STUCKEY

SUBTOTAL:      24.86

GRATUITY: _____ 450

TOTAL: _____

SIGNATURE: _____

SIGNED COPY TO MERCH

---

814E-000.EE-RD CE G7 T3/2E'12 1E'47·E22 E3·E2E0

821934
SOUTHLAND PRINTING
SHREVEPORT, LA.

RECEIPT



822977063              Inv 0
al 27-JUN-2012 07:06 PM
RK LIBERTY INTL ARPT
rn 29-JUN-2012 01:31 PM
RK LIBERTY INTL ARPT

D STUCKEY
cle # CN320426
l 200
s Driven SCAR   Class Charged ICAR
nse# 219SR6    State/Province MA
s Driven 300
s Out    1262
s In     1662

lng Ref 434408129
rges      No Unit    Price  Amount
           2 Days    22.99  45.98*
           1 Rental  56.14  56.14*
& N        2 Days    77.76 155.52*
LIN W/KM   0 W/Kss          0.00*
ANSPORTATION CHARGE        4.00
HICLE LICENSE RECOV        1.00*
MESTIC SECURITY FEE       10.00
IRPORT ACCESS FEE         30.92*
ALES TAX 07.000 %         16.34
EH RENTAL TAX 05.000 %    12.88

                    USD 332.78

otal Charges

eposit  MC   5186

Amount Due          USD 332.78

* Taxable Items
Subject to Audit
Customer Service Number 1-800-468-3334

---

# THE HARVEST MOON INN

Date: 6/28/2012    Time: 6:58:35 PM

Status:          Approved

Card Type:       Master Card
Card Number:     XXXXXXXXXXXX5186
Expiration Date: X/XX/XXXX
Swipe/Manual:    Manual

Server Name:     Joann
Check Number:    125000
Check Name:

Table Number:    92
Number Of Covers: 1
Persons:         1
Card Owner:      Manual Ent

AMOUNT      42.75

TIP         8.00

TOTAL       50.75

Approval: 07633Z

## CUSTOMER COPY

ONMI NEW HAVEN
NEW HAVEN, CT
JOHN DAVENPORT'S RESTAURANT

109 RANDA

TBL 16/2    CHK 694    GST 1
    JUN28'12  9:00AM

1  1 EGG BFAST              9.00
1  COFFEE REG               3.00

FOOD SALES                 12.00
TAX                         0.76
TOTAL                    $12.76

GRATUITY _____  *2.00*

TOTAL _____  *14.76*

ROOM NUMBER _____

NAME (PRINT) _____

SIGNATURE _____

AN 18% GRATUITY WILL BE ADDED TO
PARTIES OF SIX OR MORE

---

IHOP Store #2077
40 Spring Valley Market Place
    Spring Valley, NY 10977
    Phone: (845) 517-5303
Date:        Jun28'12 02:10PM
Card Type:   Master Card
Acct #:      XXXXXXXXXXX5186
Card Entry:  SWIPED
Trans Type:  PURCHASE
Trans Key:   CIC00651695I528
Auth Code:   00395Z
Check:       4393
Table:       71/1
Server:      238 MELISHA

Subtotal:         $12.65

Tip _____

Total _____

YOUR COPY
I agree to pay the above total
according to my credit card
agreement.

---



The Cash Re:              i
181 Crown S!
New Haven, CT 0:
Date:        Jun27'12
Card Type:   Master Ca.
Acct #:      XXXXXXXXX.    86
Card Entry:  S!!"ED
Trans Type:  P   "A?E
Auth Code:
Check.
Table:
Server:           .    J U

Subtotal:        24.47

TIP _____  *$50*

TOTAL _____

SIGNATURE
_____

**Guest Copy**
Ask Your Server For
Information About Our
Monthly Beer Dinners!

room: 111

 **Hampton**

14-B Royal Road Flemington, NJ 08822  **phone** [908] 284.9427 fax [908] 284.9127

 **USA** Official Sponsor

| | |
|---|---|
| STUCKEY, DAVID<br>25765 WILLOBEN RD<br><br>PERRYSBURG, OH 43551<br>US | name<br>address |

| | |
|---|---|
| room number: | 111/KXTY |
| arrival date: | 6/28/2012    3:38:00PM |
| departure date: | 6/29/2012 |
| adult/child: | 1/0 |
| room rate: | $134.99 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

| | |
|---|---|
| RATE PLAN | L-CON |
| HH# | |
| AL | |
| BONUS AL | CAR |

Confirmation: 84686384

6/29/2012        PAGE        1

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. I have requested weekday delivery of USA TODAY. If refused, a credit of $0.75 will be applied to my account. In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here: ☐

**signature:**

| date | reference | description | amount | |
|---|---|---|---|---|
| 6/28/2012 | 627074 | GUEST ROOM | $134.99 | |
| 6/28/2012 | 627074 | ROOM TAX | $9.45 | |
| 6/28/2012 | 627074 | STATE OCCUPANCY FEE | $6.75 | |
| 6/28/2012 | 627074 | MUNICIPAL OCCUPANCY TAX | $4.05 | |
| | | WILL BE SETTLED TO MC *5186 | $155.24 | |
| | | EFFECTIVE BALANCE OF | $0.00 | |

ESTIMATED CURRENCY TOTAL

| | | |
|---|---|---|
| account no. | date of charge | folio/check no. |
| | | |
| card member name | authorization | 206118        initial |
| establishment no. and location    establishment agrees to transmit to card holder for payment | purchases & services | |
| | taxes | |
| | tips & misc. | |
| **signature** of card member<br><br>X | **total** amount | 0.00 |

          

# OMNI ❀ HOTELS & RESORTS

### yale | new haven

155 Temple Street
New Haven, CT 06510
Phone: 203-772-6664 • Fax: 203-974-6777
Reservations: 800-843-6664

STUCKEY, DAVID

**Room Number:** 1502
**Daily Rate:** 216.00
**Room Type:** KNB
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---|---|---|---|---|---|
| 6/27/12 | 6/28/12 | XXXXXXXXXXXX5186 | AAA | OTHER | 14600812368 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 6/27/12 | 1502 | ROOM CHARGE | #1502 STUCKEY, DAVID | $216.00 |
| 6/27/12 | 1502 | ROOM TAX | ROOM TAX | $32.40 |
| 6/28/12 | 1502 | MASTERCARD | MASTERCARD | ($248.40) |
| 6/28/12 | 1502 | JOHN DAVENPORT'S RESTAURANT | 1502/694/08:26/JOHN DAVENPORT'S RESTAURA | $14.76 |
| 6/28/12 | 1502 | MASTERCARD | MASTERCARD | ($14.76) |

**TOTAL DUE:**                     $0.00

TERMS:   DUE AND PAYABLE UPON PRESENTATION.  I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES.

Home > My Account > Transactions

Logout

Summary    Profile    Vehicles    Transponders    Transactions    Statements    Payment    Communications    Close Account

Home
My Account
Create Account
Forms
FAQ
Rules and Regulations

## Transactions

**Transaction Info**

◦ Last 24 Hours  ● Last 7 Days  ◦ Last 30 Days  ◦ Custom Dates

Transponder Number 39397
(Please enter the portion of the number following the 031.Please leave off any leading zeroes.)

Click here to see more information on Transponder number

Retrieve Transactions

NOTE: All transactions may not have yet been posted to your account

| Date Posted ▲ | Transaction ▲ | Transponder | Date and Time | Issuing Authority | Entry Plaza | Entry Lane | Exit Plaza | Exit Lane | Toll Paid |
|---|---|---|---|---|---|---|---|---|---|
| 6/29/2012 12:51:51 AM | OTC TRANSPONDER TRANS - PREPAID | 39397 | 6/27/2012 7:48:25 PM | 031 - OTC | New Jersey Turnpike Authority - 15W | 05E | New Jersey Turnpike Authority - 18W | 11X | 2.45 |
| 6/29/2012 12:53:16 AM | OTC TRANSPONDER TRANS - PREPAID | 39397 | 6/27/2012 8:06:55 PM | 031 - OTC | Port Authority of New York & New Jersey - *** | *** | Port Authority of New York & New Jersey - GWP | 38 | 7.50 |
| 7/1/2012 12:50:23 AM | OTC TRANSPONDER TRANS - PREPAID | 39397 | 6/27/2012 8:36:02 PM | 031 - OTC | New York State Thruway Authority - *** | *** | New York State Thruway Authority - NR | 03N | 1.66 |

3 records found

_11.6_

# ROBISON, CURPHEY & O'CONNELL, LLC

NINTH FLOOR
FOUR SEAGATE
TOLEDO, OHIO 43604

Tel. (419) 249-7900
Fax (419) 249-7911

Federal Tax I.D.: 34-4437851

Yoder & Frey Auctioneers, Inc.
Attn: Dante Pletcher
1670 Commerce Road
Holland, OH 43528

August 10, 2012
INVOICE NO. 254637
Page 1

For Legal Services Rendered Through 07/31/12

CLIENT:     02920 - Yoder & Frey Auctioneers, Inc

Matter:     21620
            Yoder & Frey v Equipment Facts, Inc.

## COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| 07/20/12 | Deposition transcripts K13251-Deposition of Marlene Greene | 594.70 |
| 07/20/12 | Out-of-town travel K14364-Air travel to Newark, NJ | 1,001.60 |

# ZANARAS REPORTING & VIDEO

*1616 Walnut St., Ste. 300 Phila., PA 19103*
*(215)790-7857  Fax: (215) 731-0759*
*2112 Bay Ave., Ocean City, NJ  08226*
*(609) 398-6349  Fax (609) 398-2833*
*Federal I.D. #51-0620006*

DAVID STUCKEY, ESQUIRE
ROBINSON, CURPHEY & O'CONNELL
FOUR SEAGATE, 9TH FLOOR
TOLEDO, OHIO
44035

July 11, 2012

**Invoice#** 33658

**Balance:**   $594.70

**Re:** FREY VS EQUIPMENT FACTS
*on* 06/29/12
*by* APRIL J FOGA

2lb2D

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| ORIG. & 1 COPY - REGULAR | 484.70 |
| DEPOSITION OF: MARLENE GREENE | |
| ATTENDANCE OF REPORTER | 90.00 |
| ARCHIVING SERVICES | 10.00 |
| PACKAGING AND DELIVERY | 10.00 |

**P l e a s e    R e m i t    - - - >    Total Due:    $594.70**

*Thank you for using Zanaras Reporting & Video*
*Please send check within 30 days*

# Central Travel

### 4540 Heatherdowns Blvd.
### Toledo, OH 43614


Central Travel
*More than just a ticket.*

### ** Duplicate Electronic Invoice **

**STUCKEY/DAVID**
Robison, Curphey & OConnell

Ticket #: 7099516238
Credit Card #: VIXXXXXXXXXXX37623
Agent ID: 86

Invoice #: 10157108
Invoice Date: 6/19/2012
Record Locator: 7P9HML
Booked Date: 6/19/2012

| | | | | | | |
|---|---|---|---|---|---|---|
| **AIRLINES** | 6/27/2012 | Depart: DETROIT METRO, MI<br>Arrive: NEWARK, NJ | 3:36 pm<br>5:33 pm | DELTA AIR LINES | Flt No.: 5703 | Class: P |
| | 6/29/2012 | Depart: NEWARK, NJ<br>Arrive: DETROIT METRO, MI | 4:30 pm<br>6:28 pm | DELTA AIR LINES | Flt No.: 3438 | Class: P |
| **CARS** | 6/27/2012 | NATIONAL<br>NEWARK, NJ | Car Type:<br>Confirmation #: 874579074COUNT | # of Days: 2<br>Booked Rate (per day): $77.76 | | |
| **HOTELS** | 6/28/2012 | HX - FLEMINGTON NJ<br>FLEMINGTON, NJ<br>Phone #: 908 284-9427 | Room Type:<br>Confirmation #: 84686384 | # of Nights: 1<br># of Rooms: 1<br>Booked Rate (per day): $134.99 | | |
| | 6/27/2012 | OMNI NEW HAVEN HOTEL<br>NEW HAVEN, CT<br>Phone #: 203 772-6664 | Room Type:<br>Confirmation #: 40008942294 | # of Nights: 1<br># of Rooms: 1<br>Booked Rate (per day): $239.00 | | |

| Summary of Charges : | | Tax Information |
|---|---|---|
| DELTA AIR LINES -- Ticket #: 7099516238 : | $1,001.60 | |
| | $1001.60 | |

# ROBISON, CURPHEY & O'CONNELL, LLC

NINTH FLOOR
FOUR SEAGATE
TOLEDO, OHIO 43604

Tel. (419) 249-7900
Fax (419) 249-7911

Federal Tax I.D.: 34-4437851

Yoder & Frey Auctioneers, Inc.
Attn: Dante Pletcher
1670 Commerce Road
Holland, OH 43528

June 14, 2013
INVOICE NO. 262105
Page 1

For Legal Services Rendered Through 05/31/13

CLIENT:     02920 - Yoder & Frey Auctioneers, Inc

Matter:     21620
            Yoder & Frey v Equipment Facts, Inc.

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 05/14/13 | DWS | Prepare proposed Stipulation of Facts; prepare Disclosure of Witnesses. | 2.50 | 787.50 |
| 05/21/13 | DWS | Prepare proposed Stipulation of Facts; received and handled Court Order regarding consolidation of cases. | 2.30 | 724.50 |
| 05/24/13 | DWS | Prepare email to Attorney Martin regarding proposed Stipulation of Facts. | 0.30 | 94.50 |
| 05/24/13 | DWS | Prepare Stipulation of Facts. | 1.00 | 315.00 |
| 05/30/13 | BLS | Review file to identify subpoenaed ISP records; Secure information on contact to secure agent for deposition; Telephone conferences regarding same. | 1.70 | 314.50 |
| 05/30/13 | BLS | Research possible location for deposition of Century Link agent. | 0.30 | 55.50 |
| 05/31/13 | BLS | Preparation of subpoena to Verizon Wireless. | 0.80 | 148.00 |

# ROBISON, CURPHEY & O'CONNELL, LLC

NINTH FLOOR
FOUR SEAGATE
TOLEDO, OHIO 43604

Tel. (419) 249-7900
Fax (419) 249-7911

Federal Tax I.D.: 34-4437851

Yoder & Frey Auctioneers, Inc.
Attn: Dante Pletcher
1670 Commerce Road
Holland, Oh 43528

July 12, 2013
INVOICE NO. 262548

For Legal Services Rendered Through 06/30/13

CLIENT:    02920 – Yoder & Frey Auctioneers, Inc.

Matter:    21620
           Yoder & Frey v. Equipment Facts, Inc.

PROFESSIONAL SERVICES

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/05/13 | TAG | Intraoffice conference (Gibson/Stuckey) re Testimony of service providers. | 0.40 | 118.00 |
| 06/12/13 | TAG | Intraoffice conference (Gibson/Stuckey) re Trial preparation; review email re same; review information re service providers. | 0.30 | 89.00 |
| 06/13/13 | DWS | Received and analyzed email from Attorney Martin regarding trial depositions. | 0.30 | 94.50 |
| 06/13/13 | DWS | Prepare Notices to Take Depositions of ISPs. | 0.50 | 157.50 |
| 06/13/13 | TAG | Review emails re depositions of internet carriers; intraoffice conference (Gibson/Stuckey) re same. | 0.80 | 236.00 |
| 06/19/13 | DWS | Prepare email to Mr. Lucero at Covad. Regarding documents and trial deposition | 1.00 | 315.00 |
| 06/19/13 | TAG | review email to Covad re records; intraoffice conference (Gibson/Stuckey) re same. | 0.60 | 177.00 |
| 06/20/13 | DWS | Received and responded to email from Mr. Lucero at Covad regarding trial Deposition; prepare Notice to Take Deposition of Covad; prepare email to Attorney Martin regarding same. | 2.00 | 630.00 |

| 06/25/13 | DWS | Telephone conference Judge Katz court regarding trial issues. | 0.30 | 94.50 |
| 06/25/13 | DWS | Analyzed letter from Attorney Martin to Judge Katz regarding trial depositions. | 0.50 | 157.50 |
| 06/25/13 | DWS | Prepare letter to Judge Katz regarding trial depositions. | 0.50 | 157.50 |
| 06/25/13 | TAG | Intraoffice conference (Gibson/Stuckey) re dealing with testimony issues; review letter to court re same; review emails re same. | 0.80 | 236.00 |
| 06/26/13 | DWS | Telephone conference Judge Katz and Attorney Martin regarding trial depositions. | 0.50 | 157.50 |
| 06/26/13 | DWS | Prepare email to Attorney Martin regarding trial depositions. | 0.30 | 94.50 |
| 06/26/13 | TAG | Emails re deposition scheduling. | 0.50 | 147.50 |
| 06/27/13 | DWS | Prepare and receive email from Attorney Martin regarding trial depositions. | 0.50 | 157.50 |

# ROBISON, CURPHEY & O'CONNELL, LLC

NINTH FLOOR
FOUR SEAGATE
TOLEDO, OHIO 43604

Tel. (419) 249-7900
Fax (419) 249-7911

Federal Tax I.D.: 34-4437851

Yoder & Frey Auctioneers, Inc.
Attn: Dante Pletcher
1670 Commerce Road
Holland, Oh 43528

August 7, 2013
INVOICE NO. 262548

For Legal Services Rendered Through 07/31/13

CLIENT: 02920 – Yoder & Frey Auctioneers, Inc.

Matter: 21620
Yoder & Frey v. Equipment Facts, Inc.

PROFESSIONAL SERVICES

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/02/13 | DWS | Prepare Amended Notice to Take Deposition of Covad; prepare email to Mr. Lucero (Covad) regarding documents and subpoena; telephone conference court reporter regarding July 10 deposition. | 1.50 | 473.00 |
| 07/02/13 | TAG | Intraoffice conference (Gibson/Stuckey) re internet provider depositions. | 0.40 | 118.00 |
| 07/08/13 | DWS | Prepare for deposition of Covad. | 1.00 | 315.00 |
| 07/09/13 | DWS | Prepare for deposition; prepare email to Mr. Lucero. | 1.00 | 315.00 |
| 07/09/13 | TAG | Email re discovery documents; telephone conference with Joe Martin re deposition. | 0.30 | 88.50 |
| 07/10/13 | DWS | Travel to and from Austin, Texas; conduct trial deposition of Covad. | 15.00 | 4,725.00 |
| 07/11/13 | DWS | Prepare Subpoena to Century Link; telephone conference Virginia at Century Link; prepare for deposition of Century Link. | 2.00 | 630.00 |
| 07/17/13 | BLS | Telephone conference with Century Link re deposition. | 0.10 | 18.50 |

| 0718/13 | BLS | Telephone conference with Century Link re trial deposition. | 0.10 | 18.50 |
| 07/22/13 | DWS | Telephone conference Century Link regarding deposition. | 0.50 | 157.50 |
| 07/23/13 | BLS | Confirmation of Century Link with AAA Reporting. | 0.10 | 18.50 |
| 07/23/13 | DWS | Prepare for deposition of Century Link. | 1.00 | 315.00 |
| 07/23/13 | TAG | Intraoffice conference (Gibson/Stuckey) re depositions; review exhibits re same. | .70 | 221.00 |
| 07/24/13 | DWS | Conduct deposition of Century Link in Overland Park, Kansas. | 14.50 | 4,567.50 |
| 07/25/13 | DWS | Telephone conference Verizon regarding testimony; prepare Subpoena to Verizon Wireless. | 1.30 | 409.50 |
| 07/29/13 | DWS | Prepare for testimony of Verizon; telephone conference Verizon Wireless regarding Subpoena; prepare Subpoena for Verizon Land Line. | 1.30 | 409.50 |
| 07/29/13 | TAG | Intraoffice conference (Gibson/Stuckey) re trial preparation and depositions of internet service providers; emails re pretrial. | 1.40 | 413.00 |

## COSTS ADVANCED

| Date | Description | Amount |
| --- | --- | --- |
| 07/10/13 | Out-of-town travel L95607-Travel to Austin, TX for depositions | 218.93 |
| 07/18/13 | Delivery services/messengers L98682-UPS Delivery | 28.63 |
| 07/22/13 | Out-of-Town travel LA9859-Air travel to Austin, TX for deposition | 1,275.80 |
| 07/24/13 | Out-of-town travel LB1010-Travel to Overland Park, KS for Deposition | 234.47 |
| 07/30/13 | Deposition transcripts LA9201-Transcript of George Lucero | 455.80 |

# 2013 TRAVEL EXPENSE SUMMARY

**Name:** __DWS__     **Date Prepared:** ____7/11/13

**Date(s) Expenses Incurred:** 7/10/13

---

## Travel

CLE Credits ☐ Yes  ☒ No

**Purpose of Travel:** deposition
**From:** toledo          **To:** austin,tx
  Auto Mileage (less personal):122.00 ( at 56.5¢ per mile=)          **$68.93**
          **Air Fare:**_____          **Parking & Tolls:** $20.00
          **Lodging:**_____          **Tips:** _____
      **Cab & Local:** _____          **Car Rental** $130.00
       **Telephone:** _____          **Other:** _____

**TOTAL TRAVEL EXPENSES**          **(A)**   **$218.93**

---

## Meals

**Nature of function:** _____
**Who Entertained:** _____

☐ Benefit of Members     ☐ Client Related          _____
☐ Benefit of Employees   ☐ Other _____          **(B)**

---

## Seminar and Other Expenses

**Registration Fees:** _____
**Location:** _____
**Reason/Subject:** _____
**Other Expense Amount:**_____
**Description of Expenses:** _____

**TOTAL SEMINAR AND OTHER EXPENSES:**          **(C)**   **$0.00**

---

**TOTAL  (A+B+C)**          **$218.93**

  **LESS TRAVEL ADVANCE**          **$0.00**

  **GRAND TOTAL  (Total minus Advance)**          **$218.93**

Attach all receipts and other substantiation for all above expenses.  All expense item in excess of $25.00 must be substantiated by a receipt

---

**Charge to**  ☐ Office Expense
            ☐ Meetings & Conventions
            ☐ Recruiting
            ☒ Matter Name & No. # yoder -- Equipmentfacts



**enterprise**

Rental Agreement Summary

RA# 135866876

RENTER: DAVID STUCKEY

Non-Loyalty

 **Dates & Time**           **Location**

Wednesday, July 10, 2013     3600 PRESIDENTIAL
11:24 AM                     BLVD STE 214 AUSTIN
                             TX, 78719-2365
                             (512)530-8100

Wednesday, July 10, 2013     3600 PRESIDENTIAL
16:05 PM                     BLVD STE 214 AUSTIN
                             TX, 78719-2365
                             (512)530-8100

**Vehicle**

Make/Model:NISN/ALTI
Color:BLACK
Mileage:5202
Fuel:8
License#:BTX3937
Vehicle#:DN523059

**Vehicle Condition**
No Damage Documented

| $ Charges | Price/Unit | You |
| --- | --- | --- |
| TIME & DISTANCE: | $70.30/D*1 | $70.30 |
| TIME & DISTANCE: | $14.06/H | $0.00 |
| NO CHARGE DISTANCE: | $0.00/M | $0.00 |
| COLLISION DAMAGE WAIVER FULL: | $19.99/D*1 | $19.99 |
| PAI/PEC: | $5.00/D*1 | $5.00 |
| CONSOLIDATED FACILITY FEE 5.95/DY: | $5.95/D*1 | $5.95 |
| CONCESSION RECOUP FEE 11.11 PCT(11.11%): | $0.00/C*1 | $10.78 |
| AUSTIN EVENTS VENUE TAX 5 PCT(5.0%): | $0.00/C*1 | $5.44 |
| TEXAS REIMBURSEMENT FEE 1.70/DAY: | $1.70/D*1 | $1.70 |
| MOTOR VEH RENTAL TAX(10.0%): | $0.00/C*1 | $10.87 |

Total Estimated Charge:                    $130.03

Deposits:
MASTERCARD ******5186                      $118.62

---

821934
SOUTHLAND PRINTING
SHREVEPORT, LA.

# RECEIPT



RA 135866876          Bil 0
Rental  10-JUL-2013 11:24 AM
AUSTIN BERGSTROM ARPT
Return  10-JUL-2013 02:50 PM
AUSTIN BERGSTROM ARPT

DAVID STUCKEY
Vehicle # DN523059
Model    ALTIMA
Class Driven FCAR   Class Charged ICAR
License# BTX3937    State/Province TX
M/Kms Driven 54
M/Kms Out    5202
M/Kms In     5256

| Charges | No Unit | Price | Amount |
| --- | --- | --- | --- |
| CDW | 1 Days | 19.99 | 19.99* |
| PAI | 1 Days | 5.00 | 5.00* |
| T & M | 1 Days | 70.30 | 70.30* |
| UNLIM M/KM | 0 M/Kms | | 0.00* |
| EVENTS VENUE TAX 5 PCT | | | 5.44* |
| CONCESSION RECOUP FEE | | | 10.78* |
| CFC | | | 5.95* |
| TEXAS REIMBURSEMENT | | | 1.70* |
| VEH RENTAL TAX @10.000 % | | | 10.87* |

Total Charges          USD 130.03

Deposit    MC   5186

Amount Due             USD 130.03

* Taxable Items
Subject to Audit
For Reservatons: 1-800-RENT-A-CAR

 **Shipment Receipt**

**Transaction Date: 11 Jul 2013**      **Tracking Number:**      1Z89R21V1390114476

---

| 1 | Address Information |

| **Ship To:** | **Ship From:** | **Return Address:** |
| CENTURY LINK | ROBISON CURPHEY & O CONNELL | ROBISON CURPHEY & O CONNELL |
| VIRGINIA | LINDA SITLAVA | DAVID W. STUCKEY |
| 5454 W. 110 | 4 SEAGATE | 4 SEAGATE |
| OVERLAND KS 662111204 | 9TH FLOOR | 9TH FLOOR |
| | TOLEDO OH 43604 | TOLEDO OH 43604 |

---

| 2 | Package Information |

| | Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|---|---|---|---|---|
| 1. | Letter | UPS Letter | | Matter # - 21620 |

---

| 3 | UPS Shipping Service and Shipping Options |

| **Service:** | UPS Next Day Air Saver |
| **Shipping Fees Subtotal:** | **28.63 USD** |
| **Transportation** | 26.15 USD |
| **Fuel Surcharge** | 2.48 USD |

---

| 4 | Payment Information |

| **Bill Shipping Charges to:** | Shipper's Account 89R21V |

**Daily rates were applied to this shipment**
Total Charged:                                                                                    28.63 USD

**Note: Your invoice may vary from the displayed reference rates.**
* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

# 2013 TRAVEL EXPENSE SUMMARY

**Name:** David Stuckey        **Date Prepared:** 7/17/2013

**Date(s) Expenses Incurred:** 07/10/13

---

## Travel

CLE Credits   ☐ Yes     ☐ No

**Purpose of Travel:** Deposition
**From:** Toledo        **To:** Austin, TX

| | |
|---|---|
| **Auto Mileage (less personal):** _____ ( at 56.5¢ per mile=) | **$0.00** |
| **Air Fare:** $1,275.80    **Parking & Tolls:** _____ | |
| **Lodging:** _____     **Tips:** _____ | |
| **Cab & Local:** _____     **Car Rental** _____ | |
| **Telephone:** _____     **Other:** _____ | |

**TOTAL TRAVEL EXPENSES**      **(A)**    $1,275.80

---

## Meals

**Nature of function:** _____
**Who Entertained:** _____

☐ Benefit of Members    ☐ Client Related
☐ Benefit of Employees   ☐ Other     **(B)** _____

## Seminar and Other Expenses

**Registration Fees:** _____
**Location:** _____
**Reason/Subject:** _____
**Other Expense Amount:** _____
**Description of Expenses:** _____

**TOTAL SEMINAR AND OTHER EXPENSES:**    **(C)**    $0.00

---

**TOTAL (A+B+C)**            $1,275.80

   **LESS TRAVEL ADVANCE**       $0.00

   **GRAND TOTAL (Total minus Advance)**    $1,275.80

Attach all receipts and other substantiation for all above expenses. All expense item in excess of $25.00 must be substantiated by a receipt

**Charge to**    ☐ Office Expense
           ☐ Meetings & Conventions
           ☐ Recruiting
           ☒ Matter Name & No. # 21620

TO FLIGHT DEPARTURE OR THEY WILL HAVE NO VALUE**

**UNUSED TICKETS MAY BE EXCHANGED FOR FUTURE TRAVEL
UP TO ONE YEAR FROM DATE OF ORIGINAL ISSUE-PENALTY APPLIES**

**Ticket/Invoice Information:**

Ticket for:     DAVID STUCKEY
Date issued:    06/20/13          Invoice nbr: 10162750
Ticket Nbr:     0067273260766   Electronic: Yes    Base: 1166.52   Tax: 109.28   Total: 1275.80 USD
Form of Payment:    CA**********4064

                    Total Fare:   1166.52
                    Total Tax:     109.28
                    Total Amount:  1275.80


**Click here 24 hours in advance to obtain boarding passes:**
DELTA

**Click here for carrier Baggage policies and fees:**
DELTA
Check operating carrier website for any policies that may vary.

A photo ID matching name on ticket is required at check-in.
Recommended check-in for domestic travel is 90 minutes prior to departure.
Important - Passengers not at the boarding gate 30 minutes prior to departure may be denied boarding.
Tickets must be changed or cancelled prior to flight departure or they will have no value.
Unused tickets may be exchanged for future travel up to one year from date of original issue - penalty applies.

Our normal business hours are Mon-Fri 8:00am-5:00pm.
Local (419) 893-4114 or toll free (800) 336-7799
For emergency assistance after normal business hours 1-800-787-0596 - VIT CODE - E8859


Please visit www.centraltravel.com/a> for the lates security alerts and updates
Thank you for making reservations with Central Travel.

# 2013 TRAVEL EXPENSE SUMMARY

Name: <u>dws</u>                                    Date Prepared: _____ <u>7/25/13</u>

Date(s) Expenses Incurred: <u>7/24/13</u>

---

## Travel

|  |  |  | CLE Credits ☐ Yes |
|---|---|---|---|
|  |  |  | ☒ No |

Purpose of Travel: <u>deposition</u>

From: <u>perrysburg</u>                          To: <u>overland park, ks</u>

Auto Mileage (less personal):<u>123.00</u>  ( at 56.5¢ per mile=)                **$69.49**

Air Fare:_____                    Parking & Tolls: <u>$20.00</u>

Lodging:_____                              Tips: _____

Cab & Local: _____               Car Rental <u>$144.98</u>

Telephone: _____                          Other: _____

**TOTAL TRAVEL EXPENSES**                          (A)   **$234.47**

---

## Meals

Nature of function: _____
Who Entertained: _____

☐ Benefit of Members      ☐ Client Related
☐ Benefit of Employees   ☐ Other _____        (B)

## Seminar and Other Expenses

Registration Fees: _____
Location: _____
Reason/Subject: _____
Other Expense Amount:_____
Description of Expenses: _____

**TOTAL SEMINAR AND OTHER EXPENSES:**        (C)   **$0.00**

---

**TOTAL  (A+B+C)**                                      **$234.47**

  **LESS TRAVEL ADVANCE**                          **$0.00**

  **GRAND TOTAL  (Total minus Advance)**     **$234.47**

Attach all receipts and other substantiation for all above expenses.  All expense item in excess of $25.00 must be substantiated by a receipt

Charge to  ☐ Office Expense
☐ Meetings & Conventions
☐ Recruiting
☒ Matter Name & No. # <u>yoder&frey- equipmentfacts</u>

*21620*

Contract No. 21084662     Veh. 11527526
DAVID STUCKEY

| In: | MCI | 07/24/13 | 15:49 | | 16983 |
|---|---|---|---|---|---|
| Out: | MCI | 07/24/13 | 9:59 | Miles: | 16906 |
| Days | 0 | Hrs | 5 | Driven: | 77 |

| Rate1: | AQ | SC | T&M | $82.80 |
|---|---|---|---|---|
| 0 Mls | 0.00 | 0.00 Dis | $0.00 |
| 0 Hrs | 62.11 | 0.00 LDW | $23.99 |
| 1 Dys | 82.80 | 82.80 Gas | $0.00 |
| 0 Prd | 579.60 | 0.00 Age | $0.00 |
| 0 Spl | 0.00 | 0.00 Adl | $0.00 |
| | | CFC $3.00 | $3.00 |
| | | MPT $.93/ | $0.93 |
| | | ARENA$4.0 | $4.00 |
| | | TFC $2.36 | $2.36 |
| | | ENG .70/D | $0.70 |
| | 8.47% | Sales Tax = | $8.74 |
| | 11.10% | 11.1%APFE = | $9.37 |
| | | PAI | $0.00 |
| | | SLI | $0.00 |
| | | Seat | $0.00 |
| | | Drop | $0.00 |
| | | Other | $0.00 |

| | | Total Amt | $135.89 |
|---|---|---|---|
| Less | $0.00 | Paid by MV | $135.89 |
| | | Balance | 0.00 |

THANK YOU for Renting from
Budget Rent A Car, Kansas City, MO
(816) 243-5757

KCI Car Care
426 Paris St
Kansas City, MO
00500033
KCI CAR CENTER INC
426 PARIS ST
KANSAS CITY          MO
64153

DATE 07/24/13   15:34
PUMP # 10
PRODUCT: REGULAR
GALLONS:        2.491
PRICE/G:      $  3.649
FUEL  SALE   $  9.09

MASTERCRD Acct: 5186
AUTH: 00-028002
Batch: 10 Seq: 026
INVOICE: 153317
Tran: I176305

DEALER#: 00500033
Term ID: 21
 WANT FREE GAS?
REGISTER TO WIN AT
WWW.GASVISIT.COM

THANK YOU
HAVE A NICE DAY

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 7436 | 7/25/2013 | 95229 |
| **Job Date** | **Case No.** | |
| 7/10/2013 | | |
| **Case Name** | | |
| Yoder Frey Auctioneers, Inc. and Realtimebid.com, LLC vs. Equipmentfacts, LLC | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Depo Dynamics
7301 Ranch Road 620 North
Suite 155 - #385
Austin, TX 78726
Phone:(888) 494-3370   Fax:(800) 978-1344

David Stuckey
Robison, Curphey & O'Connell, LLC
Four SeaGate, Ninth Floor
Toledo, OH 43604

---

ORIGINAL TRANSCRIPT OF:

   George Lucero                                     455.80

**TOTAL DUE >>>**      **$455.80**

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT PAYMENT.  By accepting receipt of the transcript and/or court reporting services identified above, the attorney/law firm invoiced above accepts liability for its payment.  Thank you for choosing Depo Dynamics.

---

**Tax ID: 20-8421404**                                       Phone: (419) 249-7900   Fax:(419) 249-7911

*Please detach bottom portion and return with payment.*

David Stuckey
Robison, Curphey & O'Connell, LLC
Four SeaGate, Ninth Floor
Toledo, OH 43604

| | | |
|---|---|---|
| Invoice No. | : | 7436 |
| Invoice Date | : | 7/25/2013 |
| **Total Due** | : | **$455.80** |

Remit To:   **Depo Dynamics**
              **7301 Ranch Road 620 North**
              **Suite 155 - #385**
              **Austin, TX  78726**

| | | |
|---|---|---|
| Job No. | : | 95229 |
| BU ID | : | 1-MAIN |
| Case No. | : | |
| Case Name | : | Yoder Frey Auctioneers, Inc. and Realtimebid.com, LLC vs. Equipmentfacts, LLC |

# ROBISON, CURPHEY & O'CONNELL, LLC

NINTH FLOOR
FOUR SEAGATE
TOLEDO, OHIO 43604

Tel. (419) 249-7900
Fax (419) 249-7911

Federal Tax I.D.: 34-4437851

September 9, 2013
INVOICE NO. 263972
Page 1

Yoder & Frey Auctioneers, Inc.
Attn: Dante Pletcher
1670 Commerce Road
Holland, OH 43528

For Legal Services Rendered Through 08/31/13

CLIENT:   02920 - Yoder & Frey Auctioneers, Inc

Matter:   21620
          Yoder & Frey v Equipment Facts, Inc.

## PROFESSIONAL SERVICES

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/01/13 | BLS | Secure court reporter and videographer for trial deposition of Verizon representative in Ashburn, VA. | 0.30 | 55.50 |
| 08/06/13 | BLS | Preparation of email to Bienenstock Court Reporting re time change in Verizon Representative trial deposition. | 0.10 | 18.50 |
| 08/07/13 | BLS | Preparation of email message to Bienenstock to forward exhibits to | 0.20 | 37.00 |
| 08/08/13 | DWS | Attend telephone video-conference regarding deposition of Verizon. | 1.50 | 472.50 |
| 08/09/13 | DWS | Attend and conduct direct examination and telephone deposition of Mr. Looney of Verizon. | 1.50 | 472.50 |
| 08/18/13 | DWS | Trial preparation including preparing direct examination of Marlene Green. | 2.00 | 630.00 |

| 08/27/13 | DWS | Trial testimony of Mr. Cutler of Verizon, Ms. Day of Century Link, Mr. Lucero of MegaPath; Mr. Looney of Verizon. | 3.50 | 1,102.50 |
| 08/27/13 | DWS | Trial testimony of Ms. Green. | 1.00 | 315.00 |

## COSTS ADVANCED

| 08/20/13 | Deposition transcripts LD5463-Transcript of Virginia Day | 388.45 |
| 08/20/13 | Witness fees LD6437-Witness - Verizon Legal | 450.00 |
| 08/21/13 | Out-of-town travel LD7507-Air Fare to Kansas City | 909.80 |
| 08/21/13 | Deposition transcripts LD8409-Video of deposition of George Lucero | 420.00 |
| 08/22/13 | Deposition transcripts LD9510-Videotape deposition cancellation | 212.50 |



# INVOICE



## AAA COURT REPORTING
*Kansas City's Premier Court Reporting Service*
8001 Conser St., Suite 200 · Overland Park, KS 66204
(913) 385-2699 · (F) 385-2693 · (800) 205-7930
mail@aaacourtreporters.com · www.aaacourtreporters.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 168615 | 8/1/2013 | 89244 |
| **Job Date** | **Case No.** | |
| 7/24/2013 | 3:10-CV-01590 | |
| **Case Name** | | |
| Yoder & Frey Auctioneers, Inc. et al. vs. Equipmentfacts, LLC | | |
| | **Payment Terms** | 216ºº |
| Due upon receipt | | |

David W. Stuckey
ROBISON, CURPHEY & O'CONNELL, LLC
Four Seagate, Ninth Floor
Toledo, OH 43604

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
   Virginia Day                                                                              388.45

                                                **TOTAL DUE >>>**          **$388.45**

*For your convenience, we now provide the PDF Bundle, RealLegal® E-Transcript™ and ASCII for all deposition transcripts. These files and any exhibits you ordered will be available on our Online Repository, accessible at any time from your computer or mobile device. Visit www.kccourtreporters.com/attorney to access your files, view invoices, and schedule depositions. As always, please call us if you have any questions.

**Tax ID:** 43-1686121

*Please detach bottom portion and return with payment.*

David W. Stuckey
ROBISON, CURPHEY & O'CONNELL, LLC
Four Seagate, Ninth Floor
Toledo, OH 43604

Invoice No.   :  168615
Invoice Date  :  8/1/2013
**Total Due**  :  **$ 388.45**

Remit To: **AAA Court Reporting**
             **8001 Conser St, Suite 200**
             **Overland Park, KS 66204**

Job No.      :  89244
BU ID        :  AAA
Case No.     :  3:10-CV-01590
Case Name    :  Yoder & Frey Auctioneers, Inc. et al. vs.
                 Equipmentfacts, LLC

**VERIZON LEGAL COMPLIANCE**
P O BOX 1001
SAN ANGELO, TX 76902 - 1001
Tax Id: 23-2259884 / Cage # 3HMR4
Phone: 888-483-2600
Fax: 325-949-6916

[x] Verizon logo

| Date | Invoice # |
|------|-----------|
| 08/12/2013 | 2013103144 |

# Case Invoice

Account # OH60291
Payment Due Date:
09/11/2013

ROBISON, CURPHEY & O'CONNELL
FOUR SEAGATE
NINTH FLOOR
TOLEDO, OH. 43604

| VZ Case# | File/Docket# | Description | Date Rec. | Request Atty/Agent | Rate | Amount |
|----------|--------------|-------------|-----------|--------------------|------|--------|
| 13375448 000 | 10-cv-01590 | Number Hours: 6 | 08/01/2013 | DAVID STUCKEY | $75.00 / Hour | $450.00 |

| Total | $450.00 |
|-------|---------|
| Payments/Credits | $0.00 |
| Balance Due | $450.00 |

Please return a copy of this summary with your payment. Please reference invoice number on your remittance check.
-------------------------------------------------------------------------------

| Account # | Amount Due | Payment Due Date | Amount Enclosed |
|-----------|------------|------------------|-----------------|
| OH60291 | $450.00 | 09/11/2013 | |

ROBISON, CURPHEY & O'CONNELL
FOUR SEAGATE
NINTH FLOOR
TOLEDO, OH. 43604
Attn: DAVID W. STUCKEY, ESQ

Make check payable to:
VERIZON LEGAL COMPLIANCE
P O BOX 1001
SAN ANGELO, TX 76902 - 1001
Tax Id: 23-2259884 / Cage # 3HMR4



**Central Travel**

*Journeys by design.*

4540 Heatherdowns Blvd.
Toledo, OH 43614
Phone: 419-893-4114; 800-336-7799
www.centraltravel.com

*$ 909.80*
*# 21620 Yado*
*10211*

Monday, 15JUL 2013 10:41 AM EDT
**Passengers:** DAVID STUCKEY
Agency Record Locator: 2OTSN4

Check www.checkmytrip.com to view your most current itinerary or ETicket receipt on-line.

**\*\*PLEASE REVIEW THIS ITINERARY - ANY DISCREPENCIES NOTIFY CENTRAL TRAVEL WITHIN 24 HOURS\*\***

| AIR | Wednesday, 24JUL 2013 | | |
|---|---|---|---|

| | | |
|---|---|---|
| **Delta Air Lines** | **Flight Number:** 4928 | Class: H-Coach/Economy |
| **From:** Detroit Metro MI, USA | **Depart:** 08:35 AM | |
| **To:** Kansas City Intl MO, USA | **Arrive:** 09:40 AM | |
| **Stops:** nonstop | **Duration:** 2 hour(s) 5 minute(s) | |
| **Seats:** 14D | **Status:** CONFIRMED | **Miles:** 629 |
| **Equipment:** CRJ-700 Canadair Regional Jet | **MEAL:** REFRESHMENTS FOR PURCHASE | |

DEPARTS DTW EM - ARRIVES MCI B
OPERATED BY EXPRESSJET DBA DELTA CONN
**Delta Air Lines Confirmation number is GKHMQK**

| CAR | Wednesday, 24JUL 2013 | | |
|---|---|---|---|

| | |
|---|---|
| **Budget Rent A Car** | **Confirmation Number:** 27808124US1 |
| **Pickup:** Kansas City Intl MO, USA | **Pick up Time:** 09:40 AM |
| **Location:** 703 LONDON DR, KANSAS CITY, MO 64153 | |
| **Drop Off:** Kansas City Intl MO, USA | **Return:** Wednesday, 24JUL 2013 04:45 PM |
| **Type:** Standard Car Auto A/C | **Rate:** USD 82.80 Daily Rate - unlimited free mi |

Approximate total: USD 111.79

| AIR | Wednesday, 24JUL 2013 | | |
|---|---|---|---|

| | | |
|---|---|---|
| **Delta Air Lines** | **Flight Number:** 1672 | Class: H-Coach/Economy |
| **From:** Kansas City Intl MO, USA | **Depart:** 05:45 PM | |
| **To:** Detroit Metro MI, USA | **Arrive:** 08:36 PM | |
| **Stops:** nonstop | **Duration:** 1 hour(s) 51 minute(s) | |
| **Seats:** 15A | **Status:** CONFIRMED | **Miles:** 629 |
| **Equipment:** Airbus A320 Jet | **MEAL:** REFRESHMENTS FOR PURCHASE | |

DEPARTS MCI B - ARRIVES DTW EM
**Delta Air Lines Confirmation number is GKHMQK**

**\*\*THIS TICKET IS NON-REFUNDABLE/NONTRANSFERABLE**
**RESTRICTIONS AND PENALTIES APPLY TO ITINERARY CHANGES\*\***

**\*\*TICKETS MUST BE CHANGED OR CANCELLED PRIOR**
**TO FLIGHT DEPARTURE OR THEY WILL HAVE NO VALUE\*\***

**\*\*UNUSED TICKETS MAY BE EXCHANGED FOR FUTURE TRAVEL**
**UP TO ONE YEAR FROM DATE OF ORIGINAL ISSUE-PENALTY APPLIES\*\***

# Invoice



**BISHOP**
LEGAL VIDEO

1508 San Antonio St.
Austin TX 78701
512.423.5168
*EIN:45-2464043*

| DATE | INVOICE # |
|------|-----------|
| 7/11/2013 | 828 |

| DUE DATE |
|----------|
| 8/10/2013 |

| BILL TO |
|---------|
| Robison, Curphey & O'Connell<br>Four SeaGate, 9th Floor<br>Toledo OH 43604<br>David Stuckey |

| Reference |
|-----------|
| Video Deposition of George Lucero taken on 7-10-13<br>Yoder Frey Auctioneers vs. Realtimebid.com |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Original Video Hours | 3 | 110.00 | 330.00 |
| miniDV | 1 | 15.00 | 15.00 |
| mpg1 | 1 | 55.00 | 55.00 |
| Delivery | 1 | 20.00 | 20.00 |

| | Subtotal | 420.00 |
|---|----------|--------|
| | 0% Tax | |
| | **Total** | 420.00 |



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Job #: 130808DC-WA-LA
Job Date: 08/08/2013
Order Date: 08/08/2013
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

# Invoice

| Invoice #: | 540943 |
|---|---|
| Inv.Date: | 08/21/2013 |
| Balance: | $212.50 |

**Bill To:**
Mr. David Stuckey
Robison, Curphey & O'Connell
9th Floor
Four Seagate
Toledo, OH 43604

Action: **Yoder & Frey Auctioneers, Inc.**
vs
**Equipmentfact, LLC**
Action #: **3:10-cv-01590**    21620
Rep: **DC-WA-LA**
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | | Amount |
|---|---|---|---|---|---|---|
| 1 | Verizon Rep. | Cancellation | Item | 1.00 | | $150.00 |
| 2 | | Videotape Deposition Cancellation | | 1.00 | | $275.00 |
| 3 | | 50% Discount | Total | 1.00 | | $-212.50 |
| 4 | | | | | | |
| 5 | | DEPOSITION TAKEN IN | | | | |
| 6 | | ASHBURN, VA | | | | |

**Comments:**

Offices in:  Bingham Farms/Southfield | Grand Rapids | Ann Arbor | Detroit | Flint | Jackson | Lansing | Mt. Clemens | Saginaw

| | |
|---|---|
| Sub Total | $212.50 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $212.50 |
| Payment | $0.00 |
| Due | $212.50 |

Federal Tax I.D.: 38-3231100        Terms: Net 30. After 30 1.5%/Mo or M°

Please KEEP THIS PART for YOUR RECORD
RETURN THIS